AARON D. FORD
  Attorney General
VICTORIA C. COREY (Bar No. 16364)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9245 (phone)
(702) 486-3773 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN DRYDEN, | Case No. 2:23-cv-01263-CDS-EJY |
| Plaintiff | |
| v. | **STIPULATION AND ORDER TO DISMISS** |
| JULIE WILLIAMS, *et al.*, | **WITH PREJUDICE** |
| Defendants | |

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Bryan Dryden, *Pro Se* Plaintiff, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 8th day of July 2024.

DATED this 8th day of July 2024.

AARON D. FORD
Attorney General

_____
Bryan Dryden #1070536
*Plaintiff, pro se*

/s/ *Victoria C. Corey*_____
Victoria C. Corey, (Bar No. 16364)
*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED: July 16, 2024

_____
UNITED STATES DISTRICT JUDGE